IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA PAYTON, | No. CIV S-09-0879-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The parties have stipulated that the due date for plaintiff's dispositive motion be extended to March 5, 2010 (see Doc. 14). Good cause appearing therefor, the extension of time is granted.

IT IS SO ORDERED.

DATED: January 27, 2010

 CRAIG M. KELLISON
 UNITED STATES MAGISTRATE JUDGE

1