BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
MICHAEL A. CABOTAJE
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8957
    Facsimile: (415) 744-0134

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REBECCA PAYTON,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:09-CV-00879-CMK<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to workload demands of Defendant's counsel. The current due date is April 8, 2010. The new due date will be May 10, 2010.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DATE: April 2, 2010                          Bess M. Brewer and Associates

                                                  By:   */s/ Bess M. Brewer*\*

|  |  |
|---|---|
|  | (* As authorized via email on April 1, 2010 and April 2, 2010)<br>BESS M. BREWER |
|  | Attorneys for Plaintiff |
| DATE: April 2, 2010 | BENJAMIN B. WAGNER<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| By | /s/ Michael A. Cabotaje<br>MICHAEL A. CABOTAJE<br>Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

OF COUNSEL FOR DEFENDANT:

JACOB M. MIKOW
Assistant Regional Counsel
U.S. Social Security Administration

## ORDER

APPROVED AND SO ORDERED.

DATED: April 8, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE